

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00442-CV

_____

CAROL JEAN WOMACK, Appellant

V.

EDWARDS ZUBIZARRRETA PARTNERSHIP, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-004523-1

Before Walker, J; Sudderth, C.J.; and Kerr
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On January 4, 2024, and January 29, 2024, we notified Appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless Appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal.[2] *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 22, 2024

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).

[2]The style of this appeal in this court reflects Appellee's name as "Edwards Zubizarrreta Partnership" because that is how Appellant presented Appellee's name in her notice of appeal. However, the trial court clerk's record indicates that Appellee's name may be "Edwards Zubizarreta Partnership."